UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LASSALLE, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MCNEILUS TRUCK & MANUFACTURING, INC., et al.,<br><br>Defendants. | Case No.  16-cv-00766-WHO<br><br>**ORDER RE: ATTENDANCE AT ENE**<br><br>Date: July 29, 2016<br>ENE Evaluator:  Rachel Ehrlich |

IT IS HEREBY ORDERED that the request to excuse defendant McNeilus Truck and Manufacturing, Inc.'s corporate representative, Heather A. Kelly, from appearing in person at the July 29, 2016, ENE before Rachel Ehrlich is DENIED.

**IT IS SO ORDERED**.

Dated: June 28, 2016

Maria-Elena James
United States Magistrate Judge