Matthew D. Haley, Esq.,
THE HALEY LAW OFFICES
A Professional Corporation
State Bar No. 104493
1633 San Pablo Avenue
Oakland, CA 94512-1505
Telephone: (415) 444-1881
Facsimile: (510) 444-5108
Email: matt@haleylaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JENNIFER LASSALLE; EMILY ANNE LASSALLE; MADELINE ELIZABETH LASSALLE, a minor and GRACE CAROLINE LASSALLE, a minor by and through their Guardian ad Litem ADOLPH ADRAGNA, JR.<br><br>            Plaintiffs,<br><br>    v.<br><br>MCNEILUS TRUCK AND MANUFACTURING, INC., AUTOCAR, LLC; and Does 1 to 200, inclusive,<br><br>            Defendants, | Case No. 3:16-cv-00766-WHO<br><br>**STIPULATION AND ORDER TO EXTEND SCHEDULING ORDER DEADLINES**<br><br>Date:     March 29, 2017<br>Time:    2:00 p.m.<br>Courtroom: 2- 17th Floor<br>Hon.:     William H. Orrick<br><br>Courtroom: A-15th Floor<br><br>Action Filed:    September 16, 2015<br>Action Removed: February 17, 2016 |

Subject to the approval of this Court, the parties hereby stipulate to extend the current deadlines as follows:

| | |
|---|---|
| Fact Discovery cutoff: | March 31, 2017 |
| Expert Disclosure: | April 10, 2017 |
| Expert Rebuttal: | April 20, 2017 |
| Expert Discovery cutoff: | May 20, 2017 |
| Dispositive motion heard by: | July 2, 2017 |
| Trial: | September 5, 2017 (no change) |

The parties make this request because the parties need additional time to complete witness depositions. Over 20 Fact depositions have been taken but some witnesses have not been cooperative and additional time has been needed to get their depositions. There are approximately 5 of those. Those depositions need to be completed and provided to the experts.

All sides have pursued discovery cooperatively and diligently and continue to do so with approximately 5 depositions noticed to proceed over the next 2 weeks. The parties have worked together to notice and schedule depositions and have been faced with an inordinate amount of difficulty in serving deponents and securing necessary testimony. Compounding the issues of deponent delays, the experts have not been given the opportunity to evaluate the testimony and prepare their reports, and defendant McNeilus has been delayed in the evaluation of the need and propriety of a motion for summary judgment.

The parties met and conferred and agreed that the extension of time listed above is necessary. Premised upon these facts, and the diligence of the parties working jointly, the parties request that deadlines be continued as follows:

| | |
|---|---|
| Fact Discovery cutoff: | March 31, 2017 |
| Expert Disclosure: | April 10, 2017 |
| Expert Rebuttal: | April 20, 2017 |
| Expert Discovery cutoff: | May 20, 2017 |
| Dispositive motion heard by: | July 5, 2017 |
| Trial: | September 5, 2017 (no change) |

The parties have conferred and jointly agree to this extension.

    SO STIPULATED:

Date:  March 9, 2017

                                       Matthew D. Haley, Esq.
                                       Attorney for Plaintiff

    SO STIPULATED:

Date:

                                       Elizabeth V. McNulty, Esq.
                                       Attorney for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: March 27, 2017

                                       The Honorable Willliam H. Orrick
                                       Judge of the District Court