Elizabeth V. McNulty (Bar No. 192455)
emcnulty@talawfirm.com
TAYLOR | ANDERSON LLP
19100 Von Karman Avenue, Suite 820
Irvine, California 92612
Tel. No.: (949) 390-6500
Fax No.: (949) 390-6510

Attorney for Defendant
McNEILUS TRUCK AND MANUFACTURING, INC.

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| JENNIFER LASSALLE; EMILY ANNE LASSALLE; MADELINE ELIZABETH LASSALLE, a minor and GRACE CAROLINE LASSALLE, a minor by and through their Guardian ad Litem ADOLPH ADRAGNA, JR., <br><br> Plaintiffs, <br><br> v. <br><br> MCNEILUS TRUCK AND MANUFACTURING, INC., AUTOCAR, LLC; and Does 1 to 200, inclusive, <br><br> Defendant. | Case No. 3:16-cv-00766-WHO <br><br> **STIPULATION AND ORDER TO EXTEND THE EXPERT DISCOVERY CUT OFF DATE** |

Subject to the approval of this Court, the parties hereby stipulate to extend the current deadlines as follows:

| **Deadline** | **Current Date** | **Proposed Date** |
|---|---|---|
| Expert Deposition Completion Date | May 20, 2017 | June 16, 2017 |
| Dispositive Motions heard by | July 2, 2017 | July 26, 2017 |
| Trial | September 5, 2017 | September 5, 2017 (no change) |

The parties make this request because the parties need additional time to

{00063194}

**STIPULATION AND ORDER TO EXTEND THE EXPERT DEPOSITION COMPLETION DATE**

complete expert depositions and evaluate expert testimony. All sides have pursued discovery diligently and continue to do so with three expert depositions taking place in the next few weeks. However, scheduling difficulties have necessitated additional time to complete expert depositions despite the parties' best efforts.

The parties met and conferred and agreed that the extension of time is necessary. Premised upon these facts, as well as the fact there is sufficient time prior to the assigned trial date in this matter, the parties stipulate to and respectfully request that deadline to complete expert discovery to June 1, 2017, and the deadline to hear dispositive motions to July 19, 2017.

SO STIPULATED.


SO STIPULATED.

Dated: _____  /S/ Matthew D. Haley
　　　　　　　　　　　　　　　　MATTHEW HALEY
　　　　　　　　　　　　　　　　Attorney for Plaintiff

SO STIPULATED.

Dated: _____
　　　　　　　　　　　　　　　　ELIZABETH V. MCNULTY
　　　　　　　　　　　　　　　　Attorney for Defendant

**PURSANT TO STIPULATION, IT IS SO ORDERED as modified. The proposed dates in the box are different than those in the final paragraph. The ones in the final paragraph are acceptable, and the ones in the box are not. The expert discovery completion**

- 2 -

**STIPULATION AND ORDER TO EXTEND THE EXPERT DEPOSITION COMPLETION DATE**

deadline is June 1, 2017, and the hearing on the motion for summary judgment shall be set no later than July 19, 2017 at 2 p.m.

Dated: **May 23, 2017**



HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE